File Hashes for IP Address 71.239.74.170

**ISP:** Comcast Cable
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/02/2013 01:53:35 | 7E01A74870049A788A3AD190262BF50C8B95483D | Morning Desires |
| 12/13/2012 01:48:15 | 8987EE538A06DBFF5E27723DB4E8BB4B74997333 | Then They Were Three |
| 12/03/2012 00:48:33 | 5C3FC116D6D9E8449C2539686B921642722608D5 | Heart and Soul |
| 12/03/2012 00:44:16 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 12/02/2012 22:00:43 | 00B9DC7868D5414CBB6E50359CAAB7D5CDCF450F | Inside Perfection |
| 12/02/2012 16:31:42 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/26/2012 00:09:19 | 501FA5733E74A5CA44964D238B79B80E309D32BC | A Day to Remember |
| 10/18/2012 03:03:14 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 10/06/2012 18:25:34 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/21/2012 09:51:02 | 81C12A6F3DF2CCF0BEB48CE6B3CA422F5DE2FFC7 | Farewell |
| 09/21/2012 03:03:44 | 353154B495A0AF1D8DF6E6F78E7D8C4F79E0B6E4 | Coucher Avec une Autre Fille |
| 09/21/2012 00:45:04 | EC3B64720F386F52A7C2BA4E11D220D819E46E1A | Black Lingerie Bliss |
| 09/08/2012 22:41:25 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out |
| 09/08/2012 18:37:34 | 2363699EA7EDC27FFCD49A2D0711F60FB8047CC0 | Come To My Window |
| 09/08/2012 18:37:30 | 8F3500E31937D225D74DD483FFF7FDA0AA75846D | Anneli Dream Girl |
| 09/08/2012 18:36:29 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 09/08/2012 18:35:48 | 45EC8EB67C9B3F66E982ED02CEC6EEBD94334BA7 | Foot Fetish |
| 09/06/2012 22:00:50 | 10E2887D2C624BEB5A1EF183C5B9E79C97A8A2C5 | Threes Company |
| 09/06/2012 21:34:24 | F501A497391502B8FB105F5EA8F938D4ABBE59E1 | Positively In Love |
| 09/06/2012 21:34:18 | 82BAF879AF16EE30421554DC7E568FAE757891C2 | Pure Grace |
| 09/06/2012 03:18:46 | 7376B16D5E78C06B5C6A1C06B7953E57081BEBDE | Lovers in Paradise |
| 09/06/2012 03:18:21 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love |
| 09/06/2012 02:56:55 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |

EXHIBIT A

NIL41

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/04/2012 22:36:08 | 721E3E4915C44391A119F48E8356AF18EAA0E26B | White Hot |
| 09/04/2012 19:30:28 | C3498FA746A129E8B38ADDE2A06F7092436F068A | Pure Passion |
| 09/04/2012 10:30:19 | E83FFD612368F4A2F084D3BBF90CEC5593CE97D4 | Perfect Together |
| 09/03/2012 20:16:38 | 21629FC4676869D8336961DB2AE8F2EC14770F19 | Sneak N Peek |
| 09/03/2012 20:11:08 | DED0B0060B9C5D1D3A403E407AAD82AF57A830C9 | Morning Tryst |
| 09/03/2012 19:40:58 | 79B1D007E6049C81A7943372C555720DC2C7A9AD | Backstage |

**Total Statutory Claims Against Defendant: 29**

EXHIBIT A

NIL41