**Expanded Surveillance of IP Address 71.239.74.170**

**ISP:** Comcast Cable
**Location:** Chicago, IL

| Hit Date UTC | Filename |
|---|---|
| 01/26/2013 | Magic Mike By SponxorBlogspot |
| 01/26/2013 | British Cycling Road to Glory – Part 4 – Tour War.hannibal.avi |
| 01/26/2013 | Nabb Magdalen – Maresciallo Guarnaccia – 13 – Eine Japaneri.rar |
| 01/26/2013 | The Campaign [2012] BDRip 720p [Eng]-Junoon |
| 01/25/2013 | Bednarski Piotr – Blauer Schnee.rar |
| 01/25/2013 | Owen Pallett – A Swedish Love Story EP [V0] |
| 01/25/2013 | Mariah Carey – There Goes My Heart (2009) |
| 01/25/2013 | PROMETHEUS 2012.TS XviD Feel-Free |
| 01/25/2013 | O.Ditador.2012.DVDR – ADES |
| 01/25/2013 | Austin.Powers.4.Jaybob.DVDRip |
| 01/25/2013 | XBOX.Gdfimage+GUI.zip |
| 01/24/2013 | IWellsoft.Power.ISO.Maker.v1.9.Incl.Keygen-Lz0 |
| 01/24/2013 | Heroes.S01E10.DVDRip.XviD-TOPAZ |
| 01/24/2013 | [ www.TorrentDay.com ] - Jay.Leno.2012.12.04.Khloe.Kardashian.Odom.HDTV.x264-2HD |
| 01/24/2013 | Hit and Run 2012 720p HDRip x264 AC3-JYK |
| 01/24/2013 | FlashForward.S01E13.Duell.der.Vaeter.GERMAN.DUBBED.WS.DVDRiP.XviD-SOF |
| 01/24/2013 | Countdown Apr 08.avi |
| 01/24/2013 | [ www.TorrentDay.com ] - The.League.S04E04.480p.WEB-DL.x264-mSD |
| 01/24/2013 | [MetArt]Jenya.D[Totalis]-AnCiENT |
| 01/24/2013 | Microsoft Office 2010 last update Pro Plus Activate |
| 01/24/2013 | General.Hospital.S50E73.12601.HDTV.XviD-2HD[ettv] |
| 01/24/2013 | #Fifty.Shades.Of.Grey XXX |
| 01/24/2013 | cs16_full_rus+bots.exe |
| 01/24/2013 | Slutty.And.Sluttier.11.DiSC2.XviD-SWE6RUS |
| 01/21/2013 | Rock.of.Ages.2012.THEATRiCAL.CUT.BDRiP.XviD.HuN-MWT |
| 01/21/2013 | Omloop het Volk 1999 |
| 01/21/2013 | Omloop het Volk 1984-1985 |
| 01/21/2013 | On the Road[2012]DvDrip[Eng] |
| 01/21/2013 | Kuurne – Brussel – Kuurne 2012 Sporza HD |
| 01/21/2013 | Perverted sex game.wmv |
| 01/21/2013 | 1959-1963  [Bear Family 5 disc set] |
| 01/21/2013 | FIFA.13.KEY.GENERATOR.FOR.XBOX.360.TESTED.AND.WORKING.100%.WITH.TUTORIAL |
| 01/21/2013 | Resident.Evil:.Retribution.(2012).DVDRIP.Jaybob.mp4 |
| 01/21/2013 | Omloop het Volk 1997 |
| 01/21/2013 | Omloop het Volk 1989-1990-1991 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/21/2013 | XBOX World Magazine(UK) – June 2012 |
| 01/21/2013 | Omloop het Volk 1998 |
| 01/20/2013 | Vegas.2012.1x06.HDTV.x264-FoV.[eztv].mp4 |
| 01/20/2013 | F. Scott Fitzgerald   Ebook    (dieter.p.heinsen) (w2e 55 filmbay ze78) educ.067.html |
| 01/20/2013 | Real.Slut.Party.Layla.Lopez.Melanie.Hicks.XXX.pornalized.com.wmv |
| 01/20/2013 | p1039_angelina_hd.mov |
| 01/20/2013 | Mission Impossible  Ghost Protocol 2012 DVDRip XviD- OCW |
| 01/20/2013 | Gangster.Squad.(2013).DVDRip.AAC.XviD-MAJESTiC |
| 01/20/2013 | The Drughouse Volume 19.mp3 |
| 01/19/2013 | Black Grape – It's Great When You're Straight…Yeah mp3 peaSoup |
| 01/19/2013 | PSafeUSBV1_setup.zip |
| 01/19/2013 | Milf.Bitches.XXX.DVDRiP.XviD-VBT |
| 01/19/2013 | Scream 4 [2011] |
| 01/19/2013 | BBC – Earth – Power of the Planet – 5 Episodes x264 720p AC3 [DesiBBrG.com] |
| 01/19/2013 | HG120722-087520ver2.0 |
| 01/19/2013 | 1975.02.12 – MSG, NYC – Flying Circus |
| 01/19/2013 | [ www.UsaBit.com ] – Hotel Transylvania 2012 TS XViD UNiQUE |
| 01/19/2013 | Astrid Lethewood – A.M. Dellamonica |
| 01/19/2013 | Ugly.Betty-.Murder.by.Death.E04.WEBRip.XviD-JohnB.avi |
| 01/19/2013 | MBAM |
| 01/19/2013 | [FF] Words Worth – Gaiden Ep.01-02 [UNC][Dual-Audio][DVD] |
| 01/18/2013 | 0215-job0106 |
| 01/18/2013 | Lil Wayne – Loot At Me Now.zip |
| 01/18/2013 | DJ WICKED MIND VOL 10 APRIL-JUNE 2011 |
| 01/18/2013 | avg internet secuirity build 2012+seriale2018.rar |
| 01/18/2013 | Demon.Warriors.Uncut.Black.Edition.2007.German.1080p.BluRay.x264-ENCOUNTERS |
| 01/18/2013 | Lucky.2011.BRRip.XviD.AC3-SiC.avi |
| 01/18/2013 | Hotel Transylvania [2012] DVDRip XViD-BINGOWINGZ |
| 01/18/2013 | Foxit Advanced PDF Editor v3.00 – Final + Cracked-EAT |
| 01/17/2013 | Sinister 2012 R5 DVDRIP XVID {1337x}-Hiest |
| 01/17/2013 | Hitchcock (2012) DVD Rip XViD - LTT |
| 01/17/2013 | SilverSoul.exe |
| 01/17/2013 | Party On My Mind (Race 2) – 320Kbps [Songs.PK].mp3 |
| 01/17/2013 | Nims.Island.TS.XViD-PreVail |
| 01/17/2013 | Nas_and_Damian_Marley-Distant_Relatives-2010 |
| 01/17/2013 | Preslovutoe.rancho.1952.XviD.DVDRip.egoleshik.avi |
| 01/17/2013 | Yesterday Live. ?????? ?28 (2012.10.07).avi |
| 01/17/2013 | The Grey [2012]  .DVDRip play_XC |
| 01/17/2013 | Fermer.ischet.zhenu.2.sezon.2012.XviD.SATRip.Files-x |
| 01/17/2013 | V_A Christmas Wedding Tail 2011.mkv |
| 01/17/2013 | Dollhouse.S01E10.720p.HDTV.X264-DIMENSION |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/17/2013 | QB2013_Activator v0.12 |
| 01/17/2013 | Silent.Hill.Revelation.2012.720P.TS.XViD.AC3-UNiQUE |
| 01/16/2013 | How to make 3000$ a week Online - Best Tips Ebook |
| 01/16/2013 | Dance Music HU Vol.7 |
| 01/16/2013 | The.Matchmaker.1997.MULTiSUBS.PAL.DVDR-HiGHQUALiTY |
| 01/16/2013 | Superheiße Deutsche kriegts anal.rar |
| 01/16/2013 | Rubachte.s.nami.Vupysk.38.10.2012.DVDRip.avi |
| 01/16/2013 | block breaker deluxe - midnight challenge ori.exe |
| 01/16/2013 | Black Box Voting - Bev Harris.pdf |
| 01/16/2013 | VA-Club.Hits.Vol.22.[2CDs].(2009).[www.CienPorCienMusic.com] |
| 01/16/2013 | Flight  DVDRIP. {2012} Jaybob |
| 01/16/2013 | DC3 |
| 01/16/2013 | PRO.avi |
| 01/16/2013 | 30.Rock.S07E05.480p.HDTV.X264-mRS.mkv |
| 01/16/2013 | Abraham Lincoln Vampire Hunter 2012 BDRip Xvid |
| 01/16/2013 | The Beatles - Michelle EP [Portugal] [smb] |
| 01/16/2013 | Michelle Willingham - Warriors in Winter.rar |
| 01/16/2013 | [H3] Hunter x Hunter - 47 [1280x720] [x264].mp4 |
| 01/16/2013 | Internet Download Manager v6.12 Build 15 Incl Crack-BR |
| 01/16/2013 | Hawaii.Five.0.S02E06.Hausfriedensbruch.GERMAN.DUBBED.DL.720p.WebHD.h264-euHD |
| 01/16/2013 | Yonkers.Joe.LIMITED.DVDRip.XviD-MoH |
| 01/16/2013 | CoCut Standard X4-CORE FULL VERSION+(INSTRUCTIONS) |
| 01/16/2013 | VA-Disco.Wax.Sampler.04.September-PROMO-CDR-FLAC-2012-WRE |
| 01/16/2013 | Big.Booty.Tit.Fucking.POV.2.XXX.DVDRip.XviD-CLiT |
| 01/15/2013 | Crazy Boys Of The Game AKA Stadium Nuts (1972) DVDRip Dual Audio x264 - [SDR].mkv |
| 01/15/2013 | The.Steam.Experiment.avi |
| 01/15/2013 | Dancing.With.the.Stars.S15E01.HDTV.x264-LOL.[VTV].mp4 |
| 01/14/2013 | DoubleTap |
| 01/14/2013 | brcc_alicia.wmv |
| 01/14/2013 | Madagascar 3 Europe's Most Wanted 2012 720p BluRay x264-MgB |
| 01/14/2013 | ParaNorman (2012) DVDRip XviD IGUANA |
| 01/14/2013 | [Raws-4U] ????????? ?06? ???? ????? (MX 1280x720 x264).mp4 |
| 01/13/2013 | Beauty.and.the Beast.S01.E10.HDTV.XviD |
| 01/13/2013 | Devjatki.2007.x264.BDRip.(AVC).mkv |
| 01/13/2013 | X-Art - X-Art on TV - 1080p |
| 01/13/2013 | Omloop het Volk 1993 |
| 01/13/2013 | Dexter S07E07 Chemistry HDTV x264 - EVOLVE [eztv] |
| 01/13/2013 | Sunshine.OnlyBlowJob.2012.FullHD_iyutero.com.mp4 |
| 01/13/2013 | Sherlock.Holmes.A.Game.of.Shadows.2011.720p.BluRay.x264.DTS.RoSubbed-HDChina [PublicHD] |
| 01/13/2013 | Prometheus.2012.iTALiAN.PAL.DVD5 |
| 01/13/2013 | Tupoy.i.echo.tupee.1994.XviD.BDRip.avi |

EXHIBIT C

NIL41

| Hit Date UTC | Filename |
|---|---|
| 01/13/2013 | Falling Skies Complete Season 1 2 |
| 01/13/2013 | Kathal Padhai 2012 DVDRip chitra MovieJockey |
| 01/13/2013 | Omloop het Volk 1983 |
| 01/13/2013 | Grimm S02E10 2012 HDTV x264-2HD[ettv] |
| 01/13/2013 | [ASL]_Various_Artists_-_Hoshizora_e_Kakaru Hashi_-_AA_Original_Soundtracks_[FLAC]_[w_Scans].rar |
| 01/12/2013 | World Championship Cross 2000 U23.vob |
| 01/12/2013 | SEO Made Simple-Strategies For Dominating The World's Largest S |
| 01/12/2013 | [ www.TorrentDay.com ] - Holby.City.S15E01.HDTV.x264-TLA |
| 01/12/2013 | Fetish.Fuckdolls.6.XXX.DVDRiP.x264-PORNOLATiON |
| 01/12/2013 | Legend of Dragoon Official Prima Guide |
| 01/11/2013 | Step Up Revolution 2012 English DVD (XViD) - SPARKS |
| 01/11/2013 | Windows 8 Activation Tool.rar |
| 01/11/2013 | Soul Surfer (2011, Eng) xVid-Pro ReaL.avi |
| 01/10/2013 | Robbie Williams  Different  2012 Remixes Full EP 320kbs |
| 01/10/2013 | True.Blood.Season.5.Episodes.6.Hopeles.HDTV-XviD |
| 01/10/2013 | 5???? ??? |
| 01/10/2013 | magical_aromatherapyB.pdf |
| 01/10/2013 | BAR WEEK 26 2011 |
| 01/10/2013 | South Park Season 5 |
| 01/10/2013 | Britney Spears – Whiteout |
| 01/10/2013 | Western@Shemale Sandwich #7 |
| 01/09/2013 | WII.Our.House:.Party!.Majesco..iso |
| 01/09/2013 | campi insanguinati 2009 – lui.avi |
| 01/09/2013 | Talaash (2012)550MB DVDScr X264 DDH~RG EM~ALONE |
| 01/09/2013 | Deep.Freeze.Standard.v6.62.020.3058.Incl.Key-1stOnTL.rar |
| 01/08/2013 | Halo Complete E-Book Collection (1-6)-atik0786 Silver RG |
| 01/08/2013 | Annabelle und die fliegenden Rentiere.divx |
| 01/08/2013 | The.Boy.with.the.Cuckoo-Clock.Heart.DVDRIP[Jaybob] |
| 01/08/2013 | ??? ???.E07.120827.HDTV.H264.720p-AKK.avi |
| 01/08/2013 | Company of heroes Francais |
| 01/07/2013 | Frozen Earth  v1.0 100% WORKING Keygen by SKIDROW |
| 01/07/2013 | Internet Download Manager (IDM) v6.12 build 11 Full Including Crack with Key.rar |
| 01/07/2013 | Justified S04E01 Hole in the Wall 720p HDTV X264-DIMENSION [eztv].mkv |
| 01/07/2013 | Wiley-Prince2.For.Dummies.2010.RETAiL.EBook-DiGiBook |
| 01/07/2013 | Cloud Atlas .2012.DVDRip.XViD-PLAYNOW |
| 01/06/2013 | Sinister 2012 BRRip 350MB x264 AAC - VYTO [P2PDL] |
| 01/06/2013 | Once Upon A Time Season 2 |
| 01/06/2013 | Community.S03E22.Introduction.To.Finality.HDTV.XviD-ASAP[ettv] |
| 01/06/2013 | bitreactor.to_Ballermann_6.rar |
| 01/05/2013 | MilfHunter Joss |
| 01/05/2013 | 34 Ed Sheeran - Wish You Were Here.mp3 |

EXHIBIT C

NIL41

| Hit Date UTC | Filename |
|---|---|
| 01/05/2013 | PremiumHDV.13.01.03.Lucy.Taste.My.Pink.XXX.1080p.MP4-PTWINNERX[rbg] |
| 01/05/2013 | AudioTool Media Magic Burning Toolbox v5.2.1 with Key [TorDigger] |
| 01/05/2013 | Real.Heroes:.Firefighter.Conspiracy.Entertainment.DEVIANCE.PC.GAMES |
| 01/05/2013 | The Master (2012).R5.LiNE.XViD.LEGi0N |
| 01/05/2013 | The Rolling Stones - GRRR! CD.2 [2012 ALBUM] |
| 01/05/2013 | Fact_or_faked_s01e10_Mystery Mermaid__Ghostly Guardian.avi |
| 01/05/2013 | The.Bourne.Legacy[2012]DvDrip-aXXo .Jaybob |
| 01/04/2013 | Seeking Justice .2012.DVDRip.LiNE.XviD.AC3.HQ.Hive-CM8 |
| 01/04/2013 | Ohotniki.za.Brilliantami.(8.serija.iz.8).2011.x264.DVDRip(AVC)-sergo7008.mkv |
| 01/04/2013 | CAT_RUN_HDCLUB |
| 01/04/2013 | science-fiction-star-crystal-dvdrip-fr-torrentfrancais.com |
| 01/04/2013 | 1st-clipboard-1.00.00 |
| 01/04/2013 | Natasha.Vega.Great.Recommendation.NuruMassage.2012.FullHD_iyutero.com.mp4 |
| 01/04/2013 | ?.???? and ?.  ????????? - ?????? ??????? ???????? |
| 01/03/2013 | [ www.Speed.Cd ] - The.Colbert.Report.2012.10.24.Anthony.Everitt.720p.HDTV.x264-LMAO |
| 01/03/2013 | www.torrent.to...Der.Kniefall.des.Kanzlers.Die.zwei.Leben.des.Willy.Brandt.German.DOKU.WS.dTV.XviD-UTOPiA |
| 01/03/2013 | Photo Theater Slideshow Movie Maker v2.4.0 (Mac OSX) |
| 01/03/2013 | GFVILLA.COM  -lots-of-nude-beach-babes |
| 01/03/2013 | Westlife-Where We Are-2009-iUKoO |
| 01/02/2013 | Babes - The Perfect Couple - Holly Michaels [1080p].mp4 |
| 01/02/2013 | X ART ANGIE MORNING DESIRES 1080 HD |
| 01/02/2013 | Holly.Michaels.Ava.Addams.Partners.in.Bliss.PureMature.2012.FullHD_iyutero.com.mpg |
| 01/02/2013 | [T-N]GoGo_Sentai_Boukenger_-_Task38[EFB7D580].avi |
| 01/02/2013 | Journey To The Center Of The Earth - 2012 Studio Version |
| 01/02/2013 | Google Earth Pro Map [Deutsch] [Fixed].zip |
| 01/02/2013 | My Friend's Hot Mom - Episode 52 (Mrs.Rain).wmv |
| 01/01/2013 | Bachelorette(2012)XviD AC3 TODE |
| 01/01/2013 | Damages.S05E10.But.You.Don't.Do.That.Anymore.AHDTV.x264.MP3-MOMENTUM[AVIGUY].avi |
| 01/01/2013 | Abduction (English.2011) XViD.avi |
| 01/01/2013 | Tai.Chi.Hero.2012.BluRay.720p.DTS.x264-CHD [PublicHD] |
| 01/01/2013 | Lily Allen-I Could Say Remix Feat. Cans.mp3 |
| 01/01/2013 | Watch.What.Happens.Live.Seasone.8.Episode.63.XviD-SYS.avi |
| 12/31/2012 | Rambo.DVD.Boxset. 1, 2, 3 and 4.1982-2008.DVDRip. w |
| 12/31/2012 | uTorrent Turbo Booster 4.0.1  RegKey FULL |
| 12/30/2012 | Prometheus [2012] TS-XViD-LKRG |
| 12/30/2012 | BSL-Amber Priddy-Bubble Butt-[SultrySwag] |
| 12/30/2012 | Bitva.ekstrasensov.(10.sezon.1.vupusk).2010.XviD.SATRip.Kinozal.TV.avi |
| 12/29/2012 | Abduction 2011 [D.CAMRip.XviD-miguel] [RUS] |
| 12/29/2012 | Playboy Sexy Wife Mariela Henderson 2012 HQ Photo Shoot Set-3 |
| 12/29/2012 | (AnimeOut) Kami nomi zo Shiru Sekai (Complete Batch)(720p - 100MB - Encoded) |
| 12/28/2012 | Immortals 2011 720p RC BRRip LiNE XviD AC3-FTW |

EXHIBIT C

NIL41

| Hit Date  UTC | Filename |
|---|---|
| 12/28/2012 | The Son of No One (2011) DVDRip.XviD - NoGRP |
| 12/28/2012 | Burnout Paradise PC Keygen and Crack |
| 12/28/2012 | Lenny Kravitz - Greatest Hits (2000) |
| 12/28/2012 | Happy.Endings.S03E05.PandP.Romance.Factory.HDTV.XViD-DOT |
| 12/28/2012 | Loot |
| 12/27/2012 | Black anal (1978) |
| 12/27/2012 | Once Upon a Time 2x8 HDTV.XviD-LOL.[VTV].avi |
| 12/27/2012 | Secondo Ponzio Pilato - Luigi Magni 1987.avi |
| 12/27/2012 | interior-design-ideas-screensaver-1.0 |
| 12/27/2012 | The Oranges.2012.DVDRip.XviD-8BaLLRiPS |
| 12/27/2012 | G.I. Joe Retaliation (2012).XviD.Ac3.CooLHD |
| 12/27/2012 | Bounce the Ocean |
| 12/27/2012 | Primeval.New.World.S01E08.720p.HDTV.x264.IMMERSE |
| 12/26/2012 | X-Art.11.11.25.Anneli.And.Ivy.The.Masseuse.XXX.1080p.MOV-SEXORS |
| 12/26/2012 | Nous York 2012.French DVDRip XviD READNFO-COCAIN |
| 12/25/2012 | The Bourne Legacy 2012 DVDRip XviD-FiCO |
| 12/25/2012 | Code.37.2011.DVDRipXviD.RUS |
| 12/25/2012 | Maanprinses en het Geheim van het Witte Paard, De (English+Dutch) 2Lions-Team |
| 12/25/2012 | [Gekkostate]_Wangan_Midnight_Original_Soundtrack_02_[256KBPS][MP3] |
| 12/25/2012 | Madagascar.3.Europe's.Most.Wanted.2012.D.BDRip.720p.[goliaf.tv].mkv |
| 12/24/2012 | Rise Of The Guardians.(2012).HDrip.DD5-GLOBaL |
| 12/24/2012 | Ass.Invaders.1.XXX |
| 12/24/2012 | House at the End of the Street.2012.DVDRip.XviD-AN0NYM0US |
| 12/22/2012 | Epping Volker - Grundrechte.rar |
| 12/22/2012 | Counter-Strike Global Offensive |
| 12/22/2012 | Hotel Transylvania Engl. [2012] |
| 12/22/2012 | Columbo 01 - Morderstwo z ksi??ki.avi |
| 12/22/2012 | The Twilight Saga Breaking Dawn - Part 2 {2012} DVDRIP. Jaybob |
| 12/22/2012 | Alphas.S02E11.720p.HDTV.x264-EVOLVE |
| 12/22/2012 | CBT Nuggets - EC Council Certified Ethical Hacker v7.0 |
| 12/21/2012 | Catch..44.2011.BRRip.XviD-3LT0N |
| 12/21/2012 | Bunda Grande - Morena Popozuda Bronzeada.avi |
| 12/21/2012 | Total Recall 2012 DVDRip XviD-HDHUB |
| 12/21/2012 | www.torrent.to...Die.fliegende.Augenklinik.GERMAN.DOKU.WS.dTV.XviD-D4U |
| 12/21/2012 | The Da Vinci Load.avi |
| 12/21/2012 | System Speed Booster Pro 2.9.6.6 Full Cracked [HSS1212] |
| 12/21/2012 | Nero 10.0 + Serials en Keygen |
| 12/21/2012 | 30 Minutes Or Less (2011) DvDRiP-MDMA |
| 12/21/2012 | Skyfall 2012 DVDRiP XViD PSiG |
| 12/20/2012 | [ www.Torrenting.com ] - Bad.Ass.2012.VODRip.XviD-playXD |
| 12/20/2012 | Dishonored.iso |

EXHIBIT C

NIL41

| Hit Date UTC | Filename |
|---|---|
| 12/20/2012 | SexArt.12.11.01.Denisa.Heaven.Summertime.XXX.1080p.MP4–IEVA[rbg] |

EXHIBIT C

NIL41