**EXCULPATORY EVIDENCE REQUEST**

Subscriber Name:

Subscriber Address:

Attorney Name/Contact:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

    A. _____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    B. _____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant

EXHIBIT D

NIL41

- Unrelated adult

C._____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

D._____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

YES     NO

EXHIBIT D

NIL41

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES     NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES     NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES     NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

EXHIBIT D

NIL41

YES    NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES    NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES    NO

_____
Signed

_____
Date

EXHIBIT D

NIL41