IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

  v.                                 Civil Action No. 1:13-cv-00891
                                     Judge Edmond E. Chang

VINCENT GIOVINCO ,

        Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 71.239.74.170. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 24, 2013

                                                Respectfully submitted,

                                                By:   /s/ *Mary K. Schulz*
                                                Mary K. Schulz
                                                Schulz Law, P.C.
                                                1144 E. State Street, Suite A260
                                                Geneva, IL 60134

                                        Phone: 224-535-9510
                                        Email: SchulzLaw@me.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Mary K. Schulz*
                                        Mary K. Schulz